■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK FELICIANO BENCEVI, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Ramirez, J.), rendered April 13, 1982, convicting him of criminal possession of a controlled substance in the first degree, bribery in the second degree, promoting gambling in the first degree, possession of gambling records in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant cannot be heard on appeal to assert standing to challenge a warrantless search, where he testified at the suppression hearing that he was an invitee on the searched premises. Defendant's own testimony negated any privacy interest in

the searched premises and, accordingly, he failed to meet his burden of proof to establish standing (*see, People v Ponder,* 54 NY2d 160; *United States v Salvucci,* 448 US 83).

Defendant also challenges the sufficiency of the evidence to support his conviction of criminal possession of a controlled substance in the first degree. We find the evidence was sufficient to prove beyond a reasonable doubt that defendant knowingly and unlawfully possessed more than four ounces of cocaine (Penal Law § 220.21).

Accordingly, we affirm the judgment of conviction. Lazer, J. P., Thompson, O'Connor and Niehoff, JJ., concur.